NO. 07-07-0132-CR
NO. 07-07-0133-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 24, 2007

_____

EDWIN ROJAS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY;

NOS. 0942114D & 0942115D; HONORABLE ROBERT K. GILL, JUDGE

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Edwin Rojas's pro se *Motion to Withdraw Appeal* in which he expresses he no longer wishes to pursue these appeals. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant. No decision of this Court having been delivered to date, the motion is granted and the appeals

are dismissed.  No motions for rehearing will be entertained and our mandates will issue forthwith.

Accordingly, the appeals are dismissed.

Patrick A. Pirtle
Justice

Do not publish.